**No. 54606.**—Joseph Blank *v.* United States, protests 130551–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54607.**—Belgard & Frank, Inc., et al. *v.* United States, protests 134736–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

BEFORE THE SECOND DIVISION, AUGUST 15, 1950

**No. 54608.**—Wittnauer Watch Co., Inc. *v.* United States, protests 151250–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of altimeters similar in all material respects to those the subject of *L. Oppleman, Inc.* v. *United States* (3 Cust. Ct. 167, C. D. 225) and *Wagner-Watrous, Inc.* v. *United States* (6 Cust. Ct. 39, C. D. 419), the claim of the plaintiff was sustained.

**No. 54609.**—Schlumberger Well Surveying Corp. *v.* United States, protests 141989–K, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the galvanometers and parts thereof are similar in all material respects to the gradiometers, gravitymeters, and vertical field balances the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058), *American Askania Corp.* v. *United States* (20 id. 302, Abstract 52267), and *American Askania Corporation* v.